IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION



United States District Court
Southern District of Texas
FILED

JUL 23 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROGELIO MARQUEZ and | § | |
| GUERRA & MOORE, LTD., L.L.P., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | C.A. No. **B-04-126** |
| | § | |
| UNION CENTRAL LIFE INS. CO. | § | |
| and TERESA BORDAYO, | § | |
| | § | |
| Defendants. | § | |

## NOTICE OF REMOVAL

Defendant The Union Central Life Insurance Company ("Union Central") files this notice of removal and states:

1. **The Lawsuit.** This action was filed on June 21, 2004 in the 370th Judicial District Court of Hidalgo County, Texas, being numbered C-1267-04-G on the docket of said court. As it pertains to Union Central, this is a suit by Plaintiffs Rogelio Marquez ("Marquez") and Guerra & Moore, Ltd., L.L.P. ("Guerra & Moore") (collectively, "Plaintiffs") to clarify their rights, if any, to benefits that belong to Union Central under a group insurance policy (the "Policy") issued by Union Central to Marquez's employer and which is governed by the Employee Retirement Income Security Act of 1974 ("ERISA"), 29 U.S.C. §§ 1001-1461.

2. **Federal Question Jurisdiction.** In this action, Plaintiffs seek to clarify their rights, if any, with respect to specifically identifiable funds in their possession (or constructive

possession) that, in good conscience, belong in whole or in part to Union Central. Specifically, Union Central paid in excess of $90,000 to or for the benefit of Marquez under the Policy, which provides that Union Central is subrogated to Marquez's right to recover against any party causing or contributing to the event on which account Union Central's payments were made. ERISA completely preempts Plaintiffs' claims against Union Central as a matter of law. The Court thus has original jurisdiction over this action pursuant to 29 U.S.C. § 1132(e) and 28 U.S.C. § 1331, and this action may be removed by Union Central pursuant to 28 U.S.C. § 1441. Venue is proper in this Court under 28 U.S.C. § 1391, as this action was pending in a state court within this district and division.

3.   **State Court Documents Attached**.  Union Central received, for the first time, a copy of the Complaint on July 1, 2004.  As such, removal is timely under 28 U.S.C. § 1446(b).  In accordance with S.D. Tex. L.R. 81, Union Central has attached copies of the following items:  Plaintiff's Original Petition in Interpleader and Citation (Exhibit A), Union Central's Original Answer to Plaintiff's Original Petition in Interpleader (Exhibit B), the Index of Matters Being Filed (Exhibit C), the List of Parties and Counsel (Exhibit D), and the Civil Docket sheet from the state court action (Exhibit E).

4.   **Consent to Removal**. Contemporaneously herewith, Defendant Teresa Bordayo has filed her Consent to Removal, to which she has attached the process, pleadings, and orders received by her in this action.

5.   **Relief Requested**.  Union Central respectfully requests that the United States District Court for the Southern District of Texas, Brownsville Division, accept this notice of

removal and that it assume jurisdiction of this cause and issue all such further orders and processes as may be necessary to bring before it all parties necessary for the final trial hereof.

Respectfully submitted,

By: _Andrew C Whitaker_

Andrew C. Whitaker
State Bar No. 21273600
S.D. No. 14309
Attorney-In-Charge

OF COUNSEL:
Raymond E. Walker
State Bar No. 24037663
S.D. No. 36366

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANT
THE UNION CENTRAL LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Mr. J. Michael Moore, Guerra & Moore, Ltd., L.L.P., 4201 North McColl Road, McAllen, Texas 78504, and Mr. Nathan Gordon, William Portis, Jr. & Assoc., 1001 Texas Avenue, Suite 230, Houston, Texas 77002, on this 22nd day of July, 2004.

_Andrew C Whitaker_

Andrew C. Whitaker

**NOTICE OF REMOVAL - Page 3**

CAUSE NO. _C·1267-04-G_

FILED
AT _4:05_ O'CLOCK _A_ M

JUN 2 1 2004

OMAR GUERRERO, CLERK
District Courts, Hidalgo County
By _____ Deputy

| | | |
|---|---|---|
| ROGELIO MARQUEZ and GUERRA & MOORE, LTD., L.L.P., **Plaintiffs,** | §<br>§<br>§<br>§ | IN THE DISTRICT COURT |
| vs. | §<br>§ | _370ᵗʰ_ JUDICIAL DISTRICT |
| UNION CENTRAL LIFE INS. CO. and TERESA BORDAYO, **Defendants.** | §<br>§<br>§<br>§ | HIDALGO COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION IN INTERPLEADER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Rogelio Marquez and Guerra & Moore, Ltd., L.L.P., Plaintiffs, complaining of Union Central Life Insurance Company and Teresa Bordayo, Defendants, and file this their Petition in Interpleader, and would respectfully show to the Court as follows:

1.    Plaintiff Rogelio Marquez ("Plaintiff Marquez") is a natural person residing in Hidalgo County, Texas.

2.    Plaintiff Guerra & Moore, Ltd., L.L.P. ("Plaintiff Guerra & Moore") is a Texas limited liability partnership with principal place of business in Hidalgo County, Texas.

3.    Defendant Union Central Life Insurance Company ("Defendant Union Central") is an Ohio corporation conducting business in the State of Texas, and registered with the Texas Department of Insurance.  Defendant has agreed to accept service by serving via certified mail: Susan Westerman, 20 Security Drive, Avon, CT 06011,

4.    Defendant Teresa Bordayo ("Defendant Bordayo") is a natural person

residing in Harris County, Texas. Defendant has agreed to accept service through her attorney, Nathan Gordon, William Portis, Jr. & Assoc., 1001 Texas Avenue, Suite 230, Houston, Texas 77002.

5.      Plaintiff Rogelio Marquez was involved in an auto accident in the State of Oklahoma, and was represented by Guerra & Moore, Ltd., L.L.P. The case was settled for policy limits of $25,000.00 ("the settlement proceeds"). Plaintiff Marquez, by and through Plaintiff Guerra & Moore, was put on notice of claims against the settlement proceeds asserted by Defendants Union Central and Bordayo. Said settlement proceeds were received on or about March 9, 2004, and were made payable to Plaintiffs Marquez and Guerra & Moore, and Defendant Union Central. Said settlement check was endorsed by Defendant Union Central in May, 2004, and said funds were deposited into Plaintiff Guerra & Moore's trust account. Guerra & Moore, Ltd., L.L.P. represented Rogelio Marquez in the auto accident case pursuant to a 33 1/3% contingency fee contract, which also called for reimbursement of all monies expended by Guerra & Moore in prosecution of Mr. Marquez' claim.

6.      Plaintiff Guerra & Moore asserts its contractual right to 33 1/3% of all settlement funds collected as attorney's fees, and $4,844.84 in expenses incurred. In addition, Plaintiff Guerra & Moore asserts its common law lien pursuant to *Mandel & Wright* for payment of its attorney's fees and expenses.

7.      Plaintiff Rogelio Marquez asserts his right to compensation from the settlement funds for mental anguish, pain and suffering, disfigurement, and physical impairment damages suffered as a result of the accident as herein

described.

8.      Defendant Union Central put Plaintiffs on notice that it expended funds for medical expenses and lost wages incurred by Plaintiff Marquez pursuant to a group insurance policy issued in favor of Plaintiff Marquez' employer. Defendant Union Central asserts a right of subrogation in the amount of $93,784.56, pursuant to its insurance policy and Texas common law.

9.      Defendant Teresa Bordayo has filed a child support lien in the amount of $32,118.00, for which she claims an entitlement to all or a portion of the settlement proceeds. Said lien arises out of Cause No, 82-41083; *In the Matter of the Marriage of Teresa Marquez and Rogelio Marquez*; In the 310th District Court, Harris County, Texas. Plaintiff Marquez disputes the validity of said child support lien.

10.     The settlement proceeds are held by Plaintiff Guerra & Moore, in trust, for Plaintiff Marquez.

11.     There are competing claims for the settlement proceeds at issue which could potentially expose Plaintiffs to double or multiple liability.

12.     Concurrently with the filing of this petition, Plaintiffs are unconditionally tendering $25,000.00, which represent the full settlement proceeds, to the Registry of the Court. Plaintiffs have not unreasonably delayed in the filing of this action.

13.     Plaintiffs respectfully request that the Court determine the proper legal and equitable distribution of the settlement proceeds.

14.     Plaintiffs Marquez and Guerra & Moore have incurred reasonable and

necessary attorney's fees and Court costs in the bringing and filing of this action,

for which they are entitled to compensation pursuant to Texas common law.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray

that the Court cite Defendants to appear and answer, and that upon final hearing

of this case, that Plaintiffs have judgment for: their respective shares of the

settlement funds as the Court deems just and equitable, costs of Court,

attorney's fees in the brining of this action, and all such other and further relief, at

law or in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

**GUERRA & MOORE, LTD., L.L.P.**
4201 North McColl Rd.
McAllen, Texas 78504
Telephone: (956) 618-3000
Telecopier: (956) 686-4200

By: _____

J. Michael Moore
State Bar No. 24002504
David J. Lumber
State Bar No. 24002504

**ATTORNEYS FOR PLAINTIFFS**

PLAINTIFFS' ORIGINAL PETITION IN INTERPLEADER—Page 4
(02-030)

C-1267-04-G

DISTRICT COURT, HIDALGO COUNTY, TEXAS 370th District Court
JUDICIAL DISTRICT OF TEXAS

ORIGINAL

CITATION

ROGELIO MARQUEZ AND GUERRA & MOORE, LTD.,L.L.P.
vs.
UNION CENTRAL LIFE INS. CO. AND TERESA BORDAYO

THE STATE OF TEXAS

NOTICE TO DEFENDANT: You have been sued. You may employ an attorney.
If you or your attorney do not file a written answer with the clerk
who issued this citation by 10:00 a.m. on the Monday next following
the expiration of twenty(20) days after you were served with this
citation and petition, a default judgment may be taken against you.
  To: UNION CENTRAL LIFE INSURANCE COMPANY
      C/O SUSAN WESTERMAN
      20 SECURITY DRIVE, AVON, CT 06011 06001


     You are hereby commanded to appear by filing a written answer to
the PLAINTIFFS' ORIGINAL PETITION IN INTERPLEADER on or before 10:00 o'clock a.
next after the expiration of twenty (20) days after the date of
service hereof, before the Honorable 370th District Court of Hidalgo County,
Texas at the Courthouse at 100 N. Closner, Edinburg, Texas 78539.

     Said Petition was filed on the 21ST day of JUNE ,
2004  and a copy of same accompanies this citation.
The file number and style of said suit being No. C-1267-04-G
     ROGELIO MARQUEZ AND GUERRA & MOORE, LTD.,L.L.P.
                    vs.
     UNION CENTRAL LIFE INS. CO. AND TERESA BORDAYO
Said Petition was filed in said court by DAVID J. LUMBER
4201 NORTH MCCOLL RD. MCALLEN, TEXAS 78504
The nature of the demand is fully shown by a true and correct
copy of the petition accompanying this citation and made a part
hereof.
The officer executing this writ shall promptly serve the same
according to requirements of law, and the mandates thereof, and
make due return as the law directs.
Issued and Given under my hand and seal of said Court, at
Edinburg, Texas this the 21st day of June, 2004 .

                    Omar Guerrero District Clerk
                    Hidalgo County, Texas
                    By
                    STEVE ROQUE  370th District Court Clerk
            O F F I C E R ' S   R E T U R N
     Came to hand on _____ of _____ , 20 ___ at _____ o'clock ___.m. and
executed in Hidalgo County, Texas by delivering to each of the within
named defendants in person, a true copy of this citation, upon which I
endorsed the date of delivery, to said def., together with the
accompaying copy of the Pltf.'s Petition at the following times and
places, to-wit:
-------------------------------------------------------------------
Name         |DATE       |Time       |Place:
-------------------------------------------------------------------
and not executed as to the defendant, _____

the diligence used in finding said defendant, being: _____
and the cause of failure to execute this process is: _____
and the information received as to the whereabouts of said defendant,
being:_____ I actually and necessarily
traveled_____miles in the service of this citation, in addition to
any other mileage I may have traveled in the service of other process
in the same case during the same trip.
Fees: serving....copy(s) $_____
      miles..............$_____

                                   by: _____

ORIGINAL



FILED
AT_____ O'CLOCK _____ M
JUL 1 - 2004
OMAR GUERRERO, CLERK
District Courts Hidalgo County
By_____ Deputy

NO. C-1267-04-G

| | | |
|---|---|---|
| ROGELIO MARQUEZ and | § | IN THE DISTRICT COURT OF |
| GUERRA & MOORE, LTD., L.L.P., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | |
| v. | § | HIDALGO COUNTY, TEXAS |
| | § | |
| UNION CENTRAL LIFE INS. CO. | § | |
| and TERESA BORDAYO, | § | |
| | § | |
| Defendants. | § | 370TH JUDICIAL DISTRICT |

## DEFENDANT THE UNION CENTRAL LIFE INSURANCE COMPANY'S ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL PETITION IN INTERPLEADER

Defendant The Union Central Life Insurance Company ("Union Central") files this original answer to Plaintiffs' Original Petition in Interpleader (the "Petition") and states:

## ANSWER

1.     Subject to such admissions and stipulations as may be made at the time of trial, Union Central denies generally and specially the material allegations contained in the Petition and demands strict proof thereof in accordance with the requirements of the laws of this State.

## PRAYER

2.     Union Central respectfully requests the following relief:

(a)     That Plaintiffs take nothing by reason of their suit;

(b)     That Union Central recover its court costs; and

**DEFENDANT THE UNION CENTRAL LIFE INSURANCE COMPANY'S ORIGINAL
ANSWER TO PLAINTIFFS' ORIGINAL PETITION IN INTERPLEADER - Page 1**



(c)    That Union Central have all such other and further relief, both general and special, at law and in equity, to which it may show itself justly entitled.

Respectfully submitted,

By: _Andrew C Whitaker_
Andrew C. Whitaker
State Bar No. 21273600
Raymond E. Walker
State Bar No. 24037663

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANT
THE UNION CENTRAL LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Mr. J. Michael Moore, Guerra & Moore, Ltd., L.L.P., 4201 North McColl Road, McAllen, Texas 78504, and Mr. Nathan Gordon, William Portis, Jr. & Assoc., 1001 Texas Avenue, Suite 230, Houston, Texas 77002, on this 15th day of July, 2004.

_Andrew C Whitaker_
Andrew C. Whitaker

**DEFENDANT THE UNION CENTRAL LIFE INSURANCE COMPANY'S ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL PETITION IN INTERPLEADER - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

| | | |
|---|---|---|
| ROGELIO MARQUEZ and | § | |
| GUERRA & MOORE, LTD., L.L.P., | § | |
| | § | |
| Plaintiffs, | § | |
| | § | **B-04-126** |
| v. | § | C.A. No. _____ |
| | § | |
| UNION CENTRAL LIFE INS. CO. | § | |
| and TERESA BORDAYO, | § | |
| | § | |
| Defendants. | § | |

## INDEX OF MATTERS BEING FILED

1.    the Notice of Removal

2.    the Civil Cover Sheet

3.    the List of Parties and Counsel

4.    the Index of Matters Being Filed

5.    Defendant The Union Central Life Insurance Company's Disclosure Statement

**INDEX OF MATTERS BEING FILED - Page 1**

Respectfully submitted,

By: _____

Andrew C. Whitaker
State Bar No. 21273600
S.D. No. 14309
Attorney-In-Charge

OF COUNSEL:
Raymond E. Walker
State Bar No. 24037663
S.D. No. 36366

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas  75202-3796
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANT
THE UNION CENTRAL LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Mr. J. Michael Moore, Guerra & Moore, Ltd., L.L.P., 4201 North McColl Road, McAllen, Texas 78504, and Mr. Nathan Gordon, William Portis, Jr. & Assoc., 1001 Texas Avenue, Suite 230, Houston, Texas 77002, on this 22nd day of July, 2004.

_____
Andrew C. Whitaker

**INDEX OF MATTERS BEING FILED - Page 2**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO MARQUEZ and            §
GUERRA & MOORE, LTD., L.L.P.,   §
                               §
        Plaintiffs,            §
                               §
v.                             §    C.A. No. **B-04-126**
                               §
UNION CENTRAL LIFE INS. CO.    §
and TERESA BORDAYO,            §
                               §
        Defendants.            §

## LIST OF PARTIES AND COUNSEL

Plaintiffs Rogelio Marquez and Guerra & Moore, Ltd., L.L.P.:

J. Michael Moore
State Bar No. ~~24002504~~    14349550
GUERRA & MOORE, LTD., L.L.P.
4201 North McColl Road
McAllen, Texas 78504
(956) 618-3000
(956) 686-4200 (telecopy)

Defendant The Union Central Life Insurance Company:
Andrew C. Whitaker
State Bar No. 21273600
S.D. No. 14309
Attorney-In-Charge
OF COUNSEL:
Raymond E. Walker
State Bar No. 24037663
S.D. No. 36366
FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas  75202-3796
(214) 939-2000
(214) 939-2090 (telecopy)

**LIST OF PARTIES AND COUNSEL - Page 1**

Defendant Teresa Bordayo:
Nathan Gordon
State Bar No. 08203600
WILLIAM PORTIS, JR. & ASSOC.
1001 Texas Avenue, Suite 230
Houston, Texas 77002
(713) 224-6473
(713) 224-0909 (telecopy)

Respectfully submitted,

By: _____
       Andrew C. Whitaker
       State Bar No. 21273600
       S.D. No. 14309
       Attorney-In-Charge

OF COUNSEL:
Raymond E. Walker
State Bar No. 24037663
S.D. No. 36366

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANT
THE UNION CENTRAL LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Mr. J. Michael Moore, Guerra & Moore, Ltd., L.L.P., 4201 North McColl Road, McAllen, Texas 78504, and Mr. Nathan Gordon, William Portis, Jr. & Assoc., 1001 Texas Avenue, Suite 230, Houston, Texas 77002, on this 22nd day of July, 2004.

Andrew C. Whitaker

# Civil Docket

Court

**Case No. C-1267-04-G**

July 20th, 2004

Hidalgo County

1:18pm

**ROGELIO MARQUEZ AND GUERRA & MOORE, LTD.,L.L.P. vs. UNION CENTRAL LIFE INS. CO. AND TERESA BORDAYO**

Filed : 06/21/2004
Status: Filed
Type: CIVIL SUIT

**Judge**
  NOE GONZALEZ

**Court Reporter**

| Date | | Volume | Page |
|------|--|--------|------|
| | Events & Orders of the Court | | |
| 06/21/04 | PLAINTIFF'S ORIGINAL PETITION | | |
| 06/21/04 | CITATION ISSUED | | |
| | TO TERESA BORDAYO, UNION CENTRAL LIFE INSURANCE CO. AND SAME HAND DELIVERED TO X (CITATIONS NOT LOCATED, NEW ONES ISSUED) | | |
| 07/14/04 | CITATION ISSUED | | |
| | ISSUED TO UNION CENTRAL LIFE INSURANCE COMPANY AND TERESA BORDAYO | | |
| 07/16/04 | ANSWER | | |
| | DEFENDANT THE UNION CENTRAL LIFE INSURANCE COMPANY'S ORIGINAL ANSWER TO PLAINTIFFS' ORIGINAL PETITION IN INTERPLEADER, FILED. | | |

DATE JUL 2 0 2004
A true copy I certify
OMAR GUERRERO
District Clerk, Hidalgo County, Texas
By_____Deputy

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

JUL 23 2004

Michael N. Milby
Clerk of Court

ROGELIO MARQUEZ and §
GUERRA & MOORE, LTD., L.L.P., §
§
Plaintiffs, §
§
v. §   C.A. No. B - 04 - 126
§
UNION CENTRAL LIFE INS. CO. §
and TERESA BORDAYO, §
§
Defendants. §

## DEFENDANT THE UNION CENTRAL LIFE
## INSURANCE COMPANY'S DISCLOSURE STATEMENT

Defendant The Union Central Life Insurance Company, pursuant to Fed. R. Civ. P. 7.1,

states that it does not have a parent corporation and that no publicly held corporation owns ten

percent or more of its stock.

Respectfully submitted,

By: _____
Andrew C. Whitaker
State Bar No. 21273600
S.D. No. 14309
Attorney-In-Charge

OF COUNSEL:
Raymond E. Walker
State Bar No. 24037663
S.D. No. 36366

FIGARI & DAVENPORT, L.L.P.
3400 Bank of America Plaza
901 Main Street, LB 125
Dallas, Texas 75202-3796
(214) 939-2000
(214) 939-2090 (telecopy)

ATTORNEYS FOR DEFENDANT
THE UNION CENTRAL LIFE
INSURANCE COMPANY

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Mr. J. Michael Moore, Guerra & Moore, Ltd., L.L.P., 4201 North McColl Road, McAllen, Texas 78504, and Mr. Nathan Gordon, William Portis, Jr. & Assoc., 1001 Texas Avenue, Suite 230, Houston, Texas 77002, on this 22nd day of July, 2004.

_____
Andrew C. Whitaker

**DEFENDANT THE UNION CENTRAL LIFE INSURANCE COMPANY'S DISCLOSURE STATEMENT** - Page 2

United States District Court
Southern District of Texas
FILED

JUL 23 2004

Michael N. Milby
Clerk of Court

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

ROGELIO MARQUEZ and    §
GUERRA & MOORE, LTD., L.L.P.,   §
      §
    Plaintiffs,      §
      §
v.          §   C.A. No. **B-04-126**
      §
UNION CENTRAL LIFE INS. CO.   §
and TERESA BORDAYO,    §
      §
    Defendants.     §

## CONSENT TO REMOVAL

Defendant Teresa Bordayo ("Bordayo") hereby consents to the removal of this action

from the 370th Judicial District Court of Hidalgo County, Texas to the United States District

Court for the Southern District of Texas, Brownsville Division. On or after June 25, 2004,

Bordayo received, for the first time, a copy of the initial pleading setting forth the claim for

relief upon which this action is based. Consequently, this consent to removal is timely filed

pursuant to 29 U.S.C. § 1446. Attached hereto are copies of the Plaintiff's Original Petition

in Interpleader and the Citation served on Bordayo, which constitute the only process,

pleadings, or orders received by Bordayo in this action. Also attached hereto are copies of the

Answer of Defendant Teresa Bordayo and the Motion to Transfer Venue, which constitute the

only documents filed by Bordayo in this action.

CONSENT TO REMOVAL - Page 1

Respectfully submitted,

By: *Nathan H. Gordon*

Nathan Gordon
State Bar No. 08203600

WILLIAM PORTIS, JR. & ASSOC.
1001 Texas Avenue, Suite 230
Houston, Texas 77002
(713) 224-6473
(713) 224-0909 (telecopy)

ATTORNEYS FOR DEFENDANT
TERESA BORDAYO

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of the foregoing document has been sent by certified mail, return receipt requested, to Mr. J. Michael Moore, Guerra & Moore, Ltd., L.L.P., 4201 North McColl Road, McAllen, Texas 78504, and Mr. Nathan Gordon, William Portis, Jr. & Assoc., 1001 Texas Avenue, Suite 230, Houston, Texas 77002, on this 22nd day of July, 2004.

Andrew C. Whitaker

**CONSENT TO REMOVAL** - Page 2

C-1267-04-G

DISTRICT COURT, HIDALGO COUNTY, TEXAS 370th District Court
JUDICIAL DISTRICT OF TEXAS

CITATION                                ORIGINAL

ROGELIO MARQUEZ AND GUERRA & MOORE, LTD.,L.L.P.
vs.
UNION CENTRAL LIFE INS. CO. AND TERESA BORDAYO

THE STATE OF TEXAS
NOTICE TO DEFENDANT:  You have been sued.  You may employ an attorney.
If you or your attorney do not file a written answer with the clerk
who issued this citation by 10:00 a.m. on the Monday next following
the expiration of twenty(20) days after you were served with this
citation and petition, a default judgment may be taken against you.
   To: TERESA BORDAYO
       C/O NATHAN GORDON
       1001 TEXAS AVENUE,SUITE 230
       HOUSTON, TEXAS 77002

     You are hereby commanded to appear by filing a written answer to
the PLAINTIFFS' ORIGINAL PETITION IN INTERPLEADER  on or before 10:00 o'clock a.
next after the expiration of twenty (20) days after the date of
service hereof, before the Honorable 370th District Court of Hidalgo County,
Texas at the Courthouse at 100 N. Closner, Edinburg, Texas 78539.

     Said Petition was filed on the 21ST day of JUNE   ,
     2004   and a copy of same accompanies this citation.
     The file number and style of said suit being No. C-1267-04-G
         ROGELIO MARQUEZ AND GUERRA & MOORE, LTD.,L.L.P.
                            vs.
           UNION CENTRAL LIFE INS. CO. AND TERESA BORDAYO
     Said Petition was filed in said court by DAVID J. LUMBER
     4201 NORTH MCCOLL RD. MCALLEN, TEXAS 78504
     The nature of the demand is fully shown by a true and correct
     copy of the petition accompanying this citation and made a part
     hereof.
     The officer executing this writ shall promptly serve the same
     according to requirements of law, and the mandates thereof, and
     make due return as the law directs.
     Issued and Given under my hand and seal of said Court, at
     Edinburg, Texas this the 21st day of June, 2004 .

                         Omar Guerrero, District Clerk
                         Hidalgo County, Texas
                         By:
                              STEVE ROQUE, 370th District Court Clerk
                    O F F I C E R ' S   R E T U R N
     Came to hand on _____ of_____, 20__ at ___ o'clock____.m. and
executed in Hidalgo County, Texas by delivering to each of the within
named defendants in person, a true copy of this citation, upon which I
endorsed the date of delivery, to said def., together with the
accompanying copy of the Pltf.'s Petition at the following times and
places, to-wit:
-------------------------------------------------------------------
Name            |DATE        |Time        |Place:
-------------------------------------------------------------------
and not executed as to the defendant,_____

the diligence used in fina_.ng said defendant, being:_____
and the cause of failure to execute this process is:_____
and the information received as to the whereabouts of said defendant,
being:_____ I actually and necessarily
traveled_____miles in the service of this citation, in addition to
any other mileage I may have traveled in the service of other process
in the same case during the same trip.
Fees: serving....copy(s) $_____
       miles.............$_____
                                        by:_____

ORIGINAL

FILED

AT _____ O'CLOCK ____ M

CAUSE NO. _C·1267-04G_

JUN 21 2004

OMAR GUERRERO, CLERK
District Courts, Hidalgo County
By_____ Deputy

| | | |
|---|---|---|
| ROGELIO MARQUEZ and GUERRA & MOORE, LTD., L.L.P., Plaintiffs, | § § § § | IN THE DISTRICT COURT |
| vs. | § § § | 370ᵗʰ JUDICIAL DISTRICT |
| UNION CENTRAL LIFE INS. CO. and TERESA BORDAYO, Defendants. | § § § | HIDALGO COUNTY, TEXAS |

## PLAINTIFFS' ORIGINAL PETITION IN INTERPLEADER

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Rogelio Marquez and Guerra & Moore, Ltd., L.L.P., Plaintiffs, complaining of Union Central Life Insurance Company and Teresa Bordayo, Defendants, and file this their Petition in Interpleader, and would respectfully show to the Court as follows:

1.    Plaintiff Rogelio Marquez ("Plaintiff Marquez") is a natural person residing in Hidalgo County, Texas.

2.    Plaintiff Guerra & Moore, Ltd., L.L.P. ("Plaintiff Guerra & Moore") is a Texas limited liability partnership with principal place of business in Hidalgo County, Texas.

3.    Defendant Union Central Life Insurance Company ("Defendant Union Central") is an Ohio corporation conducting business in the State of Texas, and registered with the Texas Department of Insurance.  Defendant has agreed to accept service by serving via certified mail: Susan Westerman, 20 Security Drive, Avon, CT 06011,

4.    Defendant Teresa Bordayo ("Defendant Bordayo") is a natural person

residing in Harris County, Texas.    Defendant has agreed to accept service through her attorney, Nathan Gordon, William Portis, Jr. & Assoc., 1001 Texas Avenue, Suite 230, Houston, Texas 77002.

5.    Plaintiff Rogelio Marquez was involved in an auto accident in the State of Oklahoma, and was represented by Guerra & Moore, Ltd., L.L.P.  The case was settled for policy limits of $25,000.00 ("the settlement proceeds").    Plaintiff Marquez, by and through Plaintiff Guerra & Moore, was put on notice of claims against the settlement proceeds asserted by Defendants Union Central and Bordayo.  Said settlement proceeds were received on or about March 9, 2004, and were made payable to Plaintiffs Marquez and Guerra & Moore, and Defendant Union Central.  Said settlement check was endorsed by Defendant Union Central in May, 2004, and said funds were deposited into Plaintiff Guerra & Moore's trust account.    Guerra & Moore, Ltd., L.L.P. represented Rogelio Marquez in the auto accident case pursuant to a 33 1/3% contingency fee contract, which also called for reimbursement of all monies expended by Guerra & Moore in prosecution of Mr. Marquez' claim.

6.    Plaintiff Guerra & Moore asserts its contractual right to 33 1/3% of all settlement funds collected as attorney's fees, and $4,844.84 in expenses incurred.    In addition, Plaintiff Guerra & Moore asserts its common law lien pursuant to *Mandel & Wright* for payment of its attorney's fees and expenses.

7.    Plaintiff Rogelio Marquez asserts his right to compensation from the settlement funds for mental anguish, pain and suffering, disfigurement, and physical impairment damages suffered as a result of the accident as herein

described.

8.    Defendant Union Central put Plaintiffs on notice that it expended funds for medical expenses and lost wages incurred by Plaintiff Marquez pursuant to a group insurance policy issued in favor of Plaintiff Marquez' employer. Defendant Union Central asserts a right of subrogation in the amount of $93,784.56, pursuant to its insurance policy and Texas common law.

9.    Defendant Teresa Bordayo has filed a child support lien in the amount of $32,118.00, for which she claims an entitlement to all or a portion of the settlement proceeds. Said lien arises out of Cause No. 82-41083; *In the Matter of the Marriage of Teresa Marquez and Rogelio Marquez*; In the 310th District Court, Harris County, Texas. Plaintiff Marquez disputes the validity of said child support lien.

10.    The settlement proceeds are held by Plaintiff Guerra & Moore, in trust, for Plaintiff Marquez.

11.    There are competing claims for the settlement proceeds at issue which could potentially expose Plaintiffs to double or multiple liability.

12.    Concurrently with the filing of this petition, Plaintiffs are unconditionally tendering $25,000.00, which represent the full settlement proceeds, to the Registry of the Court. Plaintiffs have not unreasonably delayed in the filing of this action.

13.    Plaintiffs respectfully request that the Court determine the proper legal and equitable distribution of the settlement proceeds.

14.    Plaintiffs Marquez and Guerra & Moore have incurred reasonable and

necessary attorney's fees and Court costs in the bringing and filing of this action, for which they are entitled to compensation pursuant to Texas common law.

WHEREFORE, PREMISES CONSIDERED, Plaintiffs respectfully pray that the Court cite Defendants to appear and answer, and that upon final hearing of this case, that Plaintiffs have judgment for: their respective shares of the settlement funds as the Court deems just and equitable, costs of Court, attorney's fees in the brining of this action, and all such other and further relief, at law or in equity, to which Plaintiffs may show themselves justly entitled.

Respectfully submitted,

**GUERRA & MOORE, LTD., L.L.P.**
4201 North McColl Rd.
McAllen, Texas 78504
Telephone:  (956) 618-3000
Telecopier:  (956) 686-4200

By:_____
J. Michael Moore
State Bar No. 24002504
David J. Lumber
State Bar No. 24002504

**ATTORNEYS FOR PLAINTIFFS**

No. C-1267-04-G

ROGELIO MARQUEZ and GUERRA        IN THE DISTRICT COURT
& MOORE, LTD., LLP.,
    Plaintiffs

Vs.                            370TH JUDICIAL DISTRICT

UNION CENTRAL LIFE INS. CO., and
TERESA BORDAYO, Defendant        HIDALGO COUNTY, TEXAS

### ANSWER OF DEFENDANT TERESA BORDAYO

TO THE HONORABLE COURT:

Teresa Bordayo, one of the defendants in the above-entitled and numbered cause, files this her Original Answer and as grounds therefore shows the following:

Defendant Teresa Bordayo generally denies each and every allegation contained in Plaintiff's Original Petition and demands proof thereof by a preponderance of the evidence.

Teresa Bordayo requests that plaintiffs take nothing by reason of their suit, that Teresa Bordayo recover her court costs, and that Teresa Bordayo have all such other and further relief, both general and special, at law or in equity, to which she may show herself justly entitled.

Respectfully submitted,

William B. Portis, Jr., & Associates

Nathan H. Gordon
1001 Texas Ave., Ste. 230
Houston, Texas 77002
(713)224-6473 TEL
(713)224-0909 FAX
SBOT: 08203600
Attorney for Defendant Teresa Bordayo

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above answer has this day been sent by certified mail to J. Michael Moore, Guerra & Moore, LTD., L.L.P., 4201 North McColl Road, McAllen, Texas 78504, attorneys for Plaintiffs and Andrew C. Whitaker, Figari & Davenport, L.L.P., 3400 Bank of America, 901 Main Street, LB 125, Dallas, Texas 75202-3796, attorney for Union Central Insurance Life Company, on July 17, 2004.

*Nathan H. Gordon*

Attorney for defendant Teresa Bordayo

No. C-1267-04-G

ROGELIO MARQUEZ and GUERRA        IN THE DISTRICT COURT
& MOORE, LTD., LLP.,
      Plaintiffs

VS.                                  370TH JUDICIAL DISTRICT

UNION CENTRAL LIFE INS. CO., and
TERESA BORDAYO, Defendant        HIDALGO COUNTY, TEXAS

Motion to Transfer Venue

TO THE HONORABLE JUDGE OF SAID COURT:.

Defendant Teresa Bordayo files this motion to transfer venue contemporaneously

with her original answer and asks the court to transfer this case to Harris County.

1.       Plaintiffs are Rogelio Marquez and Guerra & Moore, LTD., LLP.

        Defendants are Union Central Life Insurance Company and Teresa

        Bordayo.

2.       Plaintiff filed an interpleader in Hidalgo County,

3.       This case should be transferred out of Hidalgo County, which is not a

        proper county for venue.

4.       Venue of this case is improper in Hidalgo County because no mandatory

        venue provision requires suit to be filed in this county.

5.       Venue of this case is improper in Hidalgo County because this county is

        not a county of proper venue under the general venue rule. Hidalgo County

        is not the county in which all or a substantial part of the events or

        omissions giving rise to the claim occurred. It is not the county of

        defendant Teresa Bordayo's residence at the time the cause of action

accrued. It is not the county of defendant Union Central Life Insurance Company's principal office in this state.

6.     Venue is improper in Hidalgo County because this county is not a county of proper venue under any permissive venue provision.

7.     This case should be transferred to Harris County which is a proper county under the general venue rule because Harris County is the county of defendant's residence at the time the cause of action accrued.

8.     Defendant asks the court to et her motion to transfer venue for a hearing and, after the hearing, grant defendant's motion and transfer this case to Harris County.

Respectfully submitted,

William B. Portis, Jr., & Associates

*Nathan H. Gordon*

Nathan H. Gordon
1001 Texas Avenue, Suite 230
Houston, Texas 77002
(713)224-6473 TEL
(713)224-0909 FAX
Attorney for Defendant
Teresa Bordayo

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the above motion to transfer venue has this day been  sent by certified mail to J. Michael Moore, Guerra & Moore, LTD., L.L.P., 4201 North McColl Road, McAllen, Texas 78504, attorneys for Plaintiffs and Andrew C. Whitaker, Figari & Davenport, L.L.P., 3400 Bank of

America, 901 Main Street, LB 125, Dallas, Texas 75202-3796, attorney for

defendant Union Central Insurance Company, on July 17, 2004.

*Nathan H. Gordon*

Attorney for defendant Teresa Bordayo