IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED

AUG 0 2 2004

Michael N. Milby
Clerk of Court

| | | |
|---|---|---|
| ROGELIO MARQUEZ and GUERRA & MOORE, LTD., L.L.P., Plaintiffs, | § § § § | |
| vs. | § § | C.A. NO. B-04-126 |
| UNION CENTRAL LIFE INS. CO. and TERESA BORDAYO, Defendants. | § § § § | |

## CERTIFICATE OF INTERESTED PARTIES AND ATTORNEYS

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Rogelio Marquez and Guerra & Moore, Ltd., L.L.P., Plaintiffs in the above-referenced matter and files this their Certificate of the Interested Parties, Attorneys and any other person to the outcome of this lawsuit.

PLAINTIFF:    Rogelio Marquez
c/o Mr. J. Michael Moore
Mr. David J. Lumber
Guerra & Moore, Ltd., L.L.P.
4201 N. McColl Rd.
McAllen, Texas 78504
Phone:  (956) 618-3000
Fax:     (956) 686-4200

Guerra & Moore, Ltd., L.L.P.
c/o Mr. J. Michael Moore
Mr. David J. Lumber
Guerra & Moore, Ltd., L.L.P.
4201 N. McColl Rd.
McAllen, Texas 78504
Phone:  (956) 618-3000
Fax:     (956) 686-4200

Carlos L. Guerra, P.C.
c/o Mr. J. Michael Moore
Mr. David J. Lumber
Guerra & Moore, Ltd., L.L.P.
4201 N. McColl Rd.
McAllen, Texas 78504
Phone: (956) 618-3000
Fax:    (956) 686-4200

J. Michael Moore, P.C.
c/o Mr. J. Michael Moore
Mr. David J. Lumber
Guerra & Moore, Ltd., L.L.P.
4201 N. McColl Rd.
McAllen, Texas 78504
Phone: (956) 618-3000
Fax:    (956) 686-4200

DEFENDANT:      Union Central Life Insurance Company
                c/o Andrew Whittaker
                FIGARI & DAVENPORT, LLP
                901 Main St., Suite 3400
                Dallas, Texas 75202

                Teresa Bordayo
                c/o Nathan Gordon
                William Portis & Assoc.
                1001 Texas Ave., Suite230
                Houston, Texas 77002

                        Respectfully Submitted,

                        **GUERRA & MOORE, LTD., L.L.P.**
                        4201 North McColl Rd.
                        McAllen, Texas 78504
                        Telephone:   956-618-3000
                        Telecopier:  956-686-4200

                        J. Michael Moore
                        State Bar No. 14349550
                        S.D. Tex. Bar No. 16942
                        David J. Lumber
                        State Bar No. 24002504
                        S.D. Tex. Bar No. 22085

## CERTIFICATE OF SERVICE

I hereby certify that on this _____ day of July 2004, a true and correct copy of the above and foregoing has been served upon all counsel of record in accordance with the Federal Rules of Civil Procedure

Andrew Whittaker
FIGARI & DAVENPORT, LLP
901 Main St., Suite 3400
Dallas, Texas 75202

Nathan Gordon
William Portis & Assoc.
1001 Texas Ave., Suite230
Houston, Texas 77002

_____
David J. Lumber