IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
FILED
AUG 0 2 2004
Michael N. Milby
Clerk of Court

| | |
|---|---|
| ROGELIO MARQUEZ and GUERRA & MOORE, LTD., L.L.P., Plaintiffs, | § § § § |
| vs. | §    C.A. NO. B-04-126 § |
| UNION CENTRAL LIFE INS. CO. and TERESA BORDAYO, Defendants. | § § § § |

### PLAINTIFFS' UNOPPOSED MOTION TO TRANSFER VENUE

TO THE HONORABLE JUDGE OF SAID COURT:

COME NOW Rogelio Marquez and Guerra & Moore, Ltd., L.L.P., Plaintiffs, and file this their Unopposed Motion to Transfer Venue, and would respectfully show to the Court as follows:

1.   This interpleader action was filed in the 370th Judicial District Court, Hidalgo County, Texas. Defendant Union Central Life Insurance Company filed a notice of removal, and removed this case to the United Stated District Court, Southern District of Texas, Brownsville Division.

2.   Pursuant to 28 U.S.C. §1446, a removing party "shall file in the district court of the United States for the district and division within such action is pending...." The court from which this case was removed—Hidalgo County—is in the McAllen Division, not the Brownsville Division.

3.   Pursuant to 28 U.S.C. §1406, the district court shall transfer a case brought in the wrong district or division to the district or division in which the case could have been brought.

PLAINTIFFS' MOTION TO TRANSFER VENUE—Page 1
(02-030)

4.  Plaintiffs move that the Court transfer this case to the United States District Court for the Southern District of Texas, McAllen Division, as it is the proper division to which this case must be removed from Hidalgo County.

WHEREFORE, PREMISES CONSIDERED, Plaintiff respectfully prays that the Court grant the relief herein sought, and that this Court grant Plaintiff such other and further relief, at law and in equity, to which Plaintiff may show himself justly entitled.

Respectfully submitted,

**GUERRA & MOORE, LTD., L.L.P.**
4201 North McColl
McAllen, Texas 78504
Telephone: (956) 618-3000
Telecopier: (956) 686-4200

BY: _____
J. MICHAEL MOORE
State Bar No. 14349550
Federal I.D. No.:
DAVID J. LUMBER
State Bar No. 24002504
Federal I.D. No.: 22085

**ATTORNEYS FOR PLAINTIFFS**

**CERTIFICATE OF SERVICE**

I hereby certify that on this _____ day of July 2004, a true and correct copy of the above and foregoing has been served upon all counsel of record in accordance with the Federal Rules of Civil Procedure

Andrew Whittaker
FIGARI & DAVENPORT, LLP
901 Main St., Suite 3400
Dallas, Texas 75202

Nathan Gordon
William Portis & Assoc.
1001 Texas Ave., Suite230
Houston, Texas 77002

_____
David J. Lumber

### CERTIFICATE OF CONFERENCE

On the ____ day of July 2004, the attorneys of record made a good faith effort to resolve this cause without court intervention and such efforts have been successful. I certify that a reasonable effort was made to resolve the dispute without the necessity of court intervention pursuant to S.D. Tex. Local R. 7.1D, and this motion is UNOPPOSED.

_____
David J. Lumber

PLAINTIFFS' MOTION TO TRANSFER VENUE—Page 3
(02-030)