IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
BROWNSVILLE DIVISION

United States District Court
Southern District of Texas
ENTERED

AUG 0 3 2004

Michael N. Milby, Clerk of Court
By Deputy Clerk

| | | |
|---|---|---|
| ROGELIO MARQUEZ and GUERRA & MOORE, LTD., L.L.P., <br> Plaintiffs, <br><br> vs. <br><br> UNION CENTRAL LIFE INS. CO. and TERESA BORDAYO, <br> Defendants. | § § § § § § § § § § | C.A. NO. B-04-126 |

## ORDER

BEFORE THE COURT is Plaintiffs' Motion to Transfer Venue, and it appearing to the Court that this case should have been removed to the United States District Court for Southern District of Texas, McAllen, Division, pursuant to 28 U.S.C. § 1446, the Court FINDS that this case should be transferred to the McAllen Division pursuant to 28 U.S.C. §1406.

IT IS HREBY ORDERED THAT this case be transferred to the United States District Court for the Southern District of Texas, McAllen Division.

Signed on the ___3d___ day of __August__, 2004, at Brownsville, Texas

_____
UNITED STATES DISTRICT JUDGE

PLAINTIFFS' MOTION TO TRANSFER VENUE—Page 4
(02-030)